ORIGINAL

SEALED

FILED-USDC-NDTX-DA
'25 MAY 21 PM3:25



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | **FILED UNDER SEAL** |
| COREY DEEARL STAFFORD | 3-25CR-228-L |

### INDICTMENT

The Grand Jury Charges:

### Count One
### Distribution of Child Pornography
[Violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)]

From on or about November 27, 2021, through on or about February 21, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Corey Deearl Stafford,** did knowingly distribute any child pornography, that had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

[the remainder of this page left intentionally blank]

Specifically, the defendant, **Corey Deearl Stafford**, used his Samsung Galaxy Note20 5G, bearing International Mobile Equipment Identity (IMEI) 351558963291879, the Internet, and a third-party messaging application to distribute files of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256(8), including the following described image:

| File Name: | Description: |
| --- | --- |
| [...]_1109.jpg | Image file depicting a nude minor male bent forward while kneeling on the ground outdoors. An adult male can be seen laying on his back without pants. The child is kneeling between the man's legs with the man's penis in his mouth and the child's hand is around the penis. |

In violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1).

Count Two
Distribution of Child Pornography
[Violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)]

On or about June 2, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Corey Deearl Stafford,** did knowingly distribute any child pornography, that had been shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, the defendant, **Corey Deearl Stafford**, used his Samsung Galaxy Note20 5G, bearing International Mobile Equipment Identity (IMEI) 351558963291879, the Internet, and a third-party messaging application to distribute files of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors, as defined in 18 U.S.C. § 2256(8), including the following described images:

| File Name: | Description: |
|---|---|
| [...] 9bce.mp4 | A video approximately 22 seconds in length depicting a minor female laying on her back on what appears to be a bed mattress. The child appears to be approximately 8-10 years of age and is wearing a light blue and pink tank top. The child is gripping an adult penis in her hand and strokes the penis throughout the video. At approximately 12 seconds into the video, an adult hand pulls the child's shirt down to expose and touch her breasts. |
| [...] 063a.mp4 | A video approximately 1 minute and 49 seconds in length depicting a nude, minor male laying on a bed with an adult female on top of him with his penis inserted into her vagina. Approximately 1 minute and 13 seconds into the video, the adult female is laying face down on the bed while the child is behind her with his penis inserted into her vagina. |

In violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1).

Count Three
Receipt of Child Pornography
[Violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)]

From on or about December 1, 2021, through on or about February 21, 2022, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Corey Deearl Stafford,** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including a computer and he knew the material he received contained child pornography.

Specifically, **Corey Deearl Stafford**, using his Samsung Galaxy Note20 5G, bearing International Mobile Equipment Identity (IMEI) 351558963291879, the Internet, and a third-party messaging application, received images of minors engaged in sexually explicit conduct and the lewd and lascivious exhibition of the genitals of minors as defined in 18 U.S.C. § 2256(8), including the following images:

| File Name: | Description: |
|---|---|
| […] 6477.mp4 | A video file approximately 10 seconds in length depicting a female child approximately 2-4 years of age laying on her back exposing her vagina. The child is wearing only white and pink socks. An adult male can be seen rubbing his erect penis on the child's vagina while the child's legs and vagina are being spread apart by the hands of a third person. The male ejaculates onto the child's vagina. |

In violation of 18 U.S.C. § 2252A(a)(2) and 2252A(b)(1).

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in Counts One through Three and pursuant to 18 U.S.C. § 2253(a), the defendant, **Corey Deearl Stafford**, shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the indictment and any property traceable to such property.

[remainder of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest in the following:

1. Samsung Galaxy Note20 5G, bearing International Mobile Equipment Identity (IMEI) 351558963291879.

2. Samsung cellular phone with cracked screen bearing IMEI 351447190320877.

TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
KELLY WELLER
Assistant United States Attorney
Texas State Bar No. 24133302
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
kelly.weller@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

COREY DEEARL STAFFORD

SEALED INDICTMENT

18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)
Distribution of Child Pornography
(Count 1)

18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)
Distribution of Child Pornography
(Count 2)

18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)
Receipt of Child Pornography
(Count 3)

18 U.S.C. § 2253
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS                                                                       FOREPERSON

Filed in open court this 21 day of May, 2025.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending